**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| *UNITED STATES OF AMERICA* | : | *CRIMINAL ACTION* |
| | : | |
| | : | *CRIM. NO.:* 23-cr-650 (CCC) |
| *vs.* | : | |
| | : | |
| | : | |
| | : | *CONSENT ORDER MODIFYING* |
| | : | *CONDITION OF RELEASE* |
| *ISAIAH CRUZ,* | : | |
| *Defendant.* | : | |
| _____ | : | |

This matter having been opened to the Court upon an application by Paul Condon, Esq., appearing for Defendant ISAIAH CRUZ, and with defense counsel having consulted with the District of New Jersey Pretrial Services, and Assistant United States Attorney John Mezzanotte having no objection, and for good and sufficient cause shown;

It is on this _____30th_____ day of November 2023.

**ORDERED**, that the Defendant Isaiah Cruz's, Pretrial Release shall be modified to a  curfew to be enforced by location monitoring, as set and approved by Pretrial Services.

1

All of the remaining conditions of defendant's Pretrial Release shall remain in effect.


s/Michael A. Hammer
_____
HON. MICHAEL A. HAMMER, U.S.M.J..


Consented and Agreed To:

/s/ John Mezzanotte
_____
JOHN MEZZANOTTE, A.U.S.A.


Paul Condon
_____
PAUL CONDON, ESQ.

2